In the Matter of the Claim of Samuel Hudak, Respondent, against Erie Railroad Company, Appellant. State Industrial Board, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was engaged in work so closely related to interstate commerce as to be a part thereof; and on the authority of Scelfo v. Buffalo, R. & P. R. Co. (211 App. Div. 243); Stone v. N. Y. C. R. R. Co. (Id. 638); Pedersen v. D., L. & W. R. R. Co. (229 U. S. 146); Erie Railroad Co. v. Szary (253 id. 86); Matter of Quirk v. Erie R. R. Co. (235 N. Y. 405). Van Kirk, P. J., Hinman, Davis and Hasbrouck, JJ., concur; Hill, J., dissents and votes for affirmance.

In the Matter of the Claim of Julius Enea, Respondent, against Barnet Leather Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of John Rosawitz, Respondent, against Ficks Reed Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Winifred Murphy and Others, Respondents, against Village of Clayville and Another, Appellants. State Industrial Board, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the deceased was not performing any duty for the village at the time, but a duty for his other employer, and that, therefore, his accident did not occur in the course of his employment by the village. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of Frank La Prade, Respondent, against Wither-bee, Sherman and Company, Appellant, and State Insurance Fund. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Peter Cioffi, Respondent, against Empire Size and Chemical Corporation and Another, Appellants. State Industrial Board, Respondent.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that claimant had demonstrated an earning capacity, and should have an award based thereon. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents on the ground that the claimant was shown to have no earning capacity.

In the Matter of the Claim of Rosalind Caruso, Respondent, against General Electric Company, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.